**Stephen K. TERLEP, Plaintiff–Appellant,**

v.

**THE BRINKMANN CORP., Wal–Mart Stores, Inc., and Home Depot U.S.A., Inc., Defendants–Appellees.**

No. 04–1337.

United States Court of Appeals, Federal Circuit.

April 11, 2005.

ORDER

Upon consideration of Stephen K. Terlep's notice of appeal filed on March 10, 2005, and amended notice of appeal filed on March 25, 2005, and pursuant to this court's order filed March 2, 2005,

IT IS ORDERED THAT:

The mandate is recalled and the appeal is reinstated.